**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tepezza Marketing, Sales Practices, and Products
Liability Litigation, et al.

                                        Plaintiff,

v.                                                         Case No.:
                                                           1:23–cv–03568
                                                           Honorable Thomas M.
                                                           Durkin

Horizon Therapeutics USA, Inc.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, September 29, 2023:


     MINUTE entry before the Honorable M. David Weisman: In light of the pending motion to dismiss before the district court, and understanding that any ruling on that motion will necessarily impact the scope of discovery, the status hearing set for 10/3/23 is stricken and reset to 10/12/23 at 10:30 a.m. That said, this Court has reviewed the briefing on the proposed ESI protocols. By separate order, this Court will identify areas that the Court believes are most relevant in resolving the ESI dispute. Counsel should be prepared to discuss these issues, as well as other issues that counsel believe will assist in the resolution of the ESI protocol consistent with Fed. R. Civ. P. 1. Parties shall dial in using the Court's conference call–in number for the hearing. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Please note that the Court's conference call–in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.