IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TEPEZZA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 1:23-cv-03568<br>MDL No. 3079<br><br>Judge Thomas M. Durkin<br><br>Chief Magistrate Judge M. David Weisman |

## ORDER REGARDING SCHEDULE EXTENSION

The parties appeared before Chief Magistrate Judge Weisman on August 6, 2025, for a discovery status hearing. As a result of that discussion, the parties requested a 45-day extension of the deadlines in Amended CMO No. 4 (ECF No. 366) to commence on August 25, 2025, and end on October 9, 2025. The Court hereby GRANTS that request as noted in the revised schedule below. The trial dates in CMO No. 4, as amended by the Court's July 8, 2025, Minute Entry (ECF No. 367), will be adjusted accordingly. During the 45-day extension there shall be:

1. No independent medical examinations (IMEs) pursuant to Fed. R. Civ. P. 35.

2. Horizon may serve PPF deficiency letters, but plaintiffs' obligation to cure deficiencies will be tolled during the extension period. Deadlines to respond to any outstanding deficiencies are likewise tolled through the 45-day extension.

On or before September 24, 2025, the parties shall submit a joint status report to the Court as discussed during the August 6, 2025, hearing.

| Deadline | ECF No. 366 Dates | Amended Dates |
|---|---|---|
| Plaintiffs to Submit General and Case-Specific Expert Reports for 4 Bellwether Trial Cases with Proposed Dates for Deposition | June 9, 2025 | *No change* |

| | | |
|---|---|---|
| Depositions of Plaintiffs' Experts for the Experts' Full-Day Deposition (Plaintiffs are to provide at least two dates occurring in two separate weeks per witness during this timeframe) | Weeks of August 25, 2025 through September 19, 2025 | Weeks of October 6, 2025 through October 31, 2025 |
| Horizon Submits General and Case-Specific Expert Reports for 4 Bellwether Trial Cases with Proposed Dates for Deposition | September 19, 2025 | To be determined at the parties' meet-and-confer that will take place on or before September 24, 2025[1] |
| Depositions of Horizon's Experts for the Experts' Full-Day Deposition (Horizon is to provide at least two dates occurring in two separate weeks per witness during this timeframe) | Weeks of September 29, 2025 through October 17, 2025 | To be determined at the parties' meet-and-confer that will take place on or before September 24, 2025[2] |
| Parties to Submit Rule 702 Motions | November 14, 2025 | January 9, 2026 |
| Oppositions to Rule 702 Motions | December 12, 2025 | February 6, 2026 |
| Replies to Rule 702 Motions | January 9, 2026 | March 6, 2026 |
| Oral Argument on Rule 702 Motions | At the Court's discretion, on or about January 19–23, 2026 | At the Court's discretion, on or about March 16–20, 2026 |
| The Court anticipates Ruling on all Rule 702 Motions | At the Court's discretion, within 30 days of completion of briefing, on or about February 9, 2026 | At the Court's discretion, within 30 days of completion of briefing, on or about April 6, 2026 |
| Court-Ordered Conference Regarding Motions for Summary Judgment | At the Court's discretion, on or before January 23, 2026 | At the Court's discretion, on or before March 20, 2026 |
| Summary Judgment Motions for 4 Initial Bellwether Trial Cases | February 6, 2026 | April 3, 2026 |

---

[1] These dates will be outlined in the parties' joint status report to be submitted on or before September 24, 2025.

[2] These dates will be outlined in the parties' joint status report to be submitted on or before September 24, 2025.

| | | |
|---|---|---|
| Oppositions to Summary Judgment Motions for the 4 Initial Bellwether Trial Cases | March 2, 2026 | May 4, 2026 |
| Replies to Summary Judgment Motions for the 4 Initial Bellwether Trial Cases | March 20, 2026 | May 22, 2026 |
| The Issues Related to Summary Judgment Motions Will be Ripe for Oral Argument | At the Court's discretion, on or after, the week of March 28, 2026 | At the Court's discretion, on or after, the week of June 1, 2026 |
| Court Ruling on Any Summary Judgment Motions | At the Court's discretion, within 60 days of completion of briefing | At the Court's discretion, within 60 days of completion of briefing |
| Final Pretrial Case Management Conference | At the Court's discretion, on or about May 11–15, 2026 | At the Court's discretion, on or about June 29, 2026 – July 3, 2026 |
| Motions in *Limine* for the First Bellwether Trial Plaintiff | May 20, 2026 | July 6, 2026 |
| Responses to Motions in *Limine* for the First Bellwether Trial Plaintiff | May 27, 2026 | July 13, 2026 |
| Final Pretrial Memorandum for the First Bellwether Trial Plaintiff | May 27, 2026 | July 13, 2026 |
| Final Pretrial Conference for the First Bellwether Trial Plaintiff | June 3, 2026 | July 20, 2026 |
| Final Pretrial Conference Follow-up (if necessary) | June 4, 2026 | July 21, 2026 |
| First Bellwether Plaintiff Trial (3-4 weeks) | June 8, 2026 | August 3, 2026 |
| Second Bellwether Plaintiff Trial (3-4 weeks) | August 3, 2026 | September 28, 2026 |
| Third Bellwether Plaintiff Trial (3-4 weeks) | September 28, 2026 | November 30, 2026 |
| Fourth Bellwether Plaintiff Trial (3-4 weeks) | November 30, 2026 | February 1, 2027 |

3

IT IS SO ORDERED.

Dated: August 12, 2025

*M. David Weisman*

**M. David Weisman**
**United States Chief Magistrate Judge**