# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Tepezza Marketing, Sales Practices, and Products
Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:23−cv−03568

Honorable Thomas M. Durkin

Horizon Therapeutics USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2025:

MINUTE entry before the Honorable Thomas M. Durkin: First Bellwether Plaintiff Trial is reset for 8/3/2026. Second Bellwether Plaintiff Trial is reset for 9/28/2026. Third Bellwether Plaintiff Trial is reset for 11/30/2026. Fourth Bellwether Plaintiff Trial is reset for 2/1/2027. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.